IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>JERALD S. ENSLEIN, in his capacity as Chapter 7 Trustee for Xurex, Inc., et al.,<br><br>Defendants. | Case No. 18-09019-CV-W-ODS |

### ORDER (1) GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST TRISTRAM JENSVOLD, AND (2) FINDING DEFENDANT TRISTRAM JENSVOLD IN DEFAULT

On April 29, 2019, Defendant Tristram Jensvold was served with the Complaint and Summons in this matter. Doc. #63; Doc. #69; Doc. #69-1. Jensvold's responsive pleading was due by no later than May 17, 2019, but to date, he has not filed a responsive pleading. On May 23, 3019, Plaintiff filed an application requesting entry of default against Jensvold. Doc. #69. After Jensvold failed to respond to Plaintiff's request, the Court ordered him to show cause by no later than July 5, 2019, why default should not be entered. Doc. #71. The Court forewarned Jensvold that if he failed to comply with the Order, default may be entered against him without further notice. Jensvold did not respond to the Order, and the time for doing so has passed. Accordingly, the Court grants Plaintiff's application for entry of default against Jensvold (Doc. #69) and finds Jensvold in default.

The Clerk's Office is directed to send two copies of this Order, one via first class mail, postage prepaid, and one via certified mail, return receipt requested, to the following:

    Tristram Jensvold
    227 Three Islands Road, Apartment 3
    Colchester, VT 05446

IT IS SO ORDERED.

DATE: July 12, 2019

    /s/ Ortrie D. Smith
    ORTRIE D. SMITH, SENIOR JUDGE
    UNITED STATES DISTRICT COURT